Respondent, v. CHARLES MAGGIOLO, Defendant, Impleaded with C. MAGGIOLO, INC., Appellant.*— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $11,648.20; in which event the judgment as so modified is affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.; Martin and Sherman, JJ., dissent and vote to reverse and grant a new trial, on the ground that the verdict is against the weight of the evidence. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCES PILAT, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

JOHANNA RAEGNER and Others, Respondents, v. JOHN R. MATTY, Appellant, Impleaded with DOROTHY DEE MATTY and Others, Respondents, and LOUIS C. RAEGNER, JR., and Others, Defendants.— Judgment so far as appealed from affirmed, with costs to the plaintiffs, respondents, payable out of the trust funds. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ

DELIA ARNOLD, Appellant, v. D. BLUM & CO., INC., Respondent. DELIA ARNOLD, Appellant, v. FRANKLIN SIMON & COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

44 WEST SIXTY-SIXTH STREET CORPORATION, Respondent, v. THE PRUDENCE COMPANY, INC., and REALTY ASSOCIATES, INC., Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

ARENAL REALTY COMPANY, Respondent, v. THE PRUDENCE COMPANY, INC., and REALTY ASSOCIATES, INC., Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

IRVING WAXBERG, Appellant, v. UNITED MOTION PICTURE VENDING MACHINE CORPORATION OF AMERICA, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

DORA FEINBERG, Appellant, v. UNITED MOTION PICTURE VENDING MACHINE CORPORATION OF AMERICA, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of T. NEW CONSTRUCTION COMPANY, Respondent, for an Order Directing that the Arbitration Provided for in a Certain Contract in Writing Assumed by PIERCE STEEL PILE CORPORATION, Appellant, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of OTTO RUSSELL, Respondent, for an Order Directing HANNAH BERNSTEIN, as Administratrix, etc., of NATHANIEL BERNSTEIN, Deceased, Appellant, to Turn over and Deliver a Certain Pass Book No. 527,276 of the Manhattan Savings Institution in the Name of Nat Bernstein, in

* Affd., 262 N. Y. —.